| | AUSA | Matthew Roth | Telephone | (313) 226-9100 |
|---|---|---|---|---|
| AO 91 (Rev 11/11) Criminal Complaint | Special Agent | James Richmond | Telephone | (313) 234-4000 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v
Carl THOMAS

Case 2 20-mj-30036
Judge Unassigned,
Filed 01-24-2020
CMP USA v THOMAS (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief

On or about the date(s) of _____January 23, 2020_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated

| Code Section | Offense Description |
|---|---|
| 21 U S C 841(a)(1) | Possession with intent to distribute controlled substances |
| 18 U S C 922(g)(1) | Felon in possession of a firearm |
| 18 U S C 924(c) | Possessing a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts
See attached AFFIDAVIT

☑ Continued on the attached sheet

_____
Complainant's signature

James Richmond, Special Agent (DEA)
*Printed name and title*

Sworn to before me and signed in my presence
**JAN 2 4 2020**

Date _____

City and state  Detroit, Michigan

_____
Judge's signature

Hon Elizabeth A Stafford, U S Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, James Richmond, Special Agent with the United States Drug Enforcement Administration (DEA), being duly sworn, depose and state the following

### I. INTRODUCTION

1. I am a Special Agent of the DEA and have been since November 2016 Prior to the DEA, I served four years in the Marine Corps with the Marine Occupational Specialty as an Infantry Officer After completion of the Infantry Officer Course, I was assigned as a Rifle Platoon Commander, and later deployed to Afghanistan, where I witnessed the cultivation and trafficking of opium

2. My official DEA duties include investigating criminal violations of the federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846, and 848 I have received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code Some of the specialized training I have received includes, but is not limited to, classroom instruction concerning narcotics smuggling, money laundering investigations, conspiracy, complex investigations, and undercover investigations  I have been involved in various types of

undercover assignments, and in various drug investigations utilizing electronic surveillance, including the interception of wire communications, the debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, the laundering and concealing of proceeds from drug trafficking, and the street gangs who participate in these illegal activities

3. As a result of these investigative activities, I have conducted and participated in numerous investigations as a DEA Special Agent that have resulted in the seizure of marijuana, prescription pills, synthetic drugs, cocaine, methamphetamine, and heroin. I make this affidavit, in part, based on personal knowledge derived from my participation in this investigation and, in part, based upon information from oral and written reports about this investigation and others that I have received from United States law enforcement officers and Special Agents of the Drug Enforcement Administration. I am aware of the following information from several sources, including but not limited to, my own personal observations and participation in this investigation and my review and analysis of oral and written reports.

4. Probable cause exists that Carl THOMAS violated 21 U.S.C. § 841(a)(1), possession with intent to distribute a controlled substance, and 18 U.S.C. §§ 922(g)(1) and 924(c), felon in possession of a firearm and possession of a firearm in furtherance of a drug trafficking crime.

5. A criminal history check shows that THOMAS has several narcotics related convictions.

    a. 1988 – Detroit Recorders Court, dangerous drugs felony possession of a controlled substance, and misdemeanor possession of a controlled substance, and

    b. 2002 – Third Circuit Court, Michigan, dangerous drugs, possession of a controlled substance (cocaine, heroin, or another narcotic 50-449 grams), controlled substance - delivery / manufacturing (cocaine, heroin, or another narcotic 50-449 grams), felony firearm, and delivery / manufacture marijuana / synthetic equivalents.

6. This affidavit does not include all the information known to law enforcement related to this investigation.

## II. PROBABLE CAUSE

7   On January 23, 2020, DEA agents executed a state of Michigan search warrant at xxxx0 Faust Avenue, Detroit, Michigan Carl THOMAS was located at the residence, walking up from a dark basement wearing only a t-shirt and underwear The residence was secured and agents asked THOMAS where they could locate his pants and shoes THOMAS directed agents to the area of the basement couch

8   Agents located THOMAS' pants in the vicinity of the couch THOMAS put on the pants Agents next retrieved THOMAS' boots and located a bag inside the boot The bag contained residue of suspected fentanyl Agents also located a pair of white/gray/red men's Nike shoes near the couch in close proximity to the boots One of the Nike shoes contained approximately five grams of suspected "heroin with fentanyl or methamphetamine" (pursuant to a TruNarc presumptive field test) Agents provided THOMAS with his jacket which was also located next to the couch in the basement with various other personal items

9.   Also located or seized in the basement was

    a   Approximately 50 grams of suspected "heroin with fentanyl or methamphetamine U-47700" (pursuant to a

-4-

      TruNarc presumptive field test) found in a white trash bag containing packaging material. Also in the bag was a digital scale with narcotics residue. Within the same bag was a separate plastic bag was men's clothing, and

  b. Within five feet of the 50 grams of controlled substances was a Walther P99QA firearm, with a chambered round and partially loaded magazine and similar plastic bag containing men's clothing.

10. Based on Affiant's training and experience, 50 grams of heroin with fentanyl or methamphetamine is consistent with the intent to distribute and not personal use.

11. A LEIN search revealed that the firearm were reported stolen by the Findlay Police Department, Ohio, on February 8, 2016.

12. Located on the main floor of the residence was:

  a. Approximately twelve grams of a substance suspected to be crack cocaine, found in the upper kitchen cabinet, to the right of the stove, and

  b. Approximately 500 grams of suspected processed marijuana, found in the southeast bedroom of the main

floor of the residence. Numerous branches of suspected marijuana were found in the basement under the stairwell.

13. Barbara Thomas, the sister of Carl THOMAS, arrived at the residence during the search. Barbara stated that xxxx0 Faust Avenue was her residence, and that THOMAS started staying in the basement sometime after Thanksgiving. Barbara stated that THOMAS sleeps on the couch in the basement, and that the clothing in plastic bags in the basement belonged to THOMAS. Barbara stated that all other occupants of the house only bring their clothing into the basement to do laundry, and that their clothing is stored in their respective bedrooms.

14. Affiant is aware, based upon previous casework, as well as previous conversations with ATF agents who are knowledgeable regarding interstate nexus of a firearm, that no firearms are manufactured in the state of Michigan. Therefore, Affiant is aware that the Walther P99QA pistol located in the residence was manufactured outside the state of Michigan and therefore, traveled in and affected interstate or foreign commerce.

## III. CONCLUSION

15   Probable cause exists that Carl THOMAS violated 21 U S C § 841(a)(1), possession with intent to distribute a controlled substance, 18 U S C §§ 922(g)(1) and 924(c), felon in possession of a firearm and possession of a firearm in furtherance of a drug trafficking crime

_____
SA James Richmond
Drug Enforcement Administration

Sworn to before me and signed on this
24th day of January, 2020

_____
ELIZABETH A STAFFORD
UNITED STATES MAGISTRATE JUDGE